AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED ___ ENTERED ___
LODGED ___ RECEIVED ___
SEP 12 2018
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CERTIFIED TRUE COPY ATTEST: WILLIAM M. McCOOL CLERK, U.S. District Court Western District of Washington By Emily Nist Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. MJ18-404 (2)
Apple iPhone X, as further described in Attachment A-2 )
)
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A-2, which is attached hereto and incorporated herein by this reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by this reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____September 13, 2018_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____any U.S. Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 30 August 2018 3pm

City and state: SEATTLE, WASHINGTON

*Judge's signature*

JAMES P. DONOHUE, U.S. MAGISTRATE JUDGE
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>Aug. 30, 2018  3:00 pm | Copy of warrant and inventory left with: |
| Inventory made in the presence of : N/A | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>Data acquisition from an Apple iPhone X<br>S/N: F2PVWG1BJCL6 | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.   9·12·18

Date: 9-11-2018

_____
Executing officer's signature

Alan Heng     Special Agent
Printed name and title

## ATTACHMENT A-2

The property to be searched is an Apple iPhone X, bearing model number MQA82LL/A and serial number F2PVWG1BJCL6 (hereinafter SUBJECT DEVICE 2). On August 28, 2018, SUBJECT DEVICE 2 was seized from the person of PRADYUMNA K. SAMAL incident to his arrest. SUBJECT DEVICE 2 is currently stored as evidence at the U.S. Department of Homeland Security, Homeland Security Investigations, office in Seattle, Washington.

This warrant authorizes the forensic examination of the SUBJECT DEVICE 1 for the purpose of identifying the electronically stored information described in Attachment B.

ATTACHMENT A
USAO# 2016R00055 - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT B

1. All records on the SUBJECT DEVICE described in Attachment A that relate to violations of Title 18, United States Code, Section 1546 (visa fraud), Title 18, United States Code, Section 1341 (Mail Fraud), Title 18, United States Code, 1073 (Flight to Avoid Prosecution), and Title 18, United States Code, Section 1512 (Obstruction of Justice), including:

 a. Correspondence relating to H-1B visa petitions, the transfer of business operations relating to H-1B visa petitions, the pending criminal investigation into false H-1B visa petitions, and travel to and from the United States, including text messages, WhatsApp messages, and electronic-mail communications regarding the content of visa petitions, pending criminal investigations and statements made in the context of those investigations, and travel plans;

 b. Digital media, including photographs and videos, including digital media that depicts the locations of the device's user, potential witnesses to a criminal investigation, overseas business offices, overseas residences, and the device user's overseas associates;

 c. Internet browser history, including logs of access to websites used in connection with the operation of businesses outside the United States;

 d. Location data, including data reflecting travel outside the United States;

2. Evidence of user attribution showing who used or owned the SUBJECT DEVICES at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

ATTACHMENT B
USAO# 2016R00055 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The United States will use a filter team to ensure that only documents or
2 evidence described in Attachment B will be turned over to investigative agents.  The
3 filter team shall not disclose the existence of or seize evidence or documents not covered
4 by the warrant, excepting only exigent circumstances as defined by the Fourth
5 Amendment.
6  When executing the warrant, the United States may use the passwords
7 provided by the user of the SUBJECT DEVICE at the time that those devices were seized
8 by law-enforcement agents incident to the user's arrest.

ATTACHMENT B
USAO# 2016R00055 - 2